UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:25-02111-ADS                                    Date: December 23, 2025

Title: *Lauren Fisher v. Akuranvyka USA Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On September 10, 2025, Plaintiff filed a Complaint. (Dkt. No. 1.) A Summons and Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent was issued on September 18, 2025. (Dkt. No. 6, 7.) Federal Rule of Civil Procedure 4(m) requires a defendant be served 90 days after a complaint is filed. Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent within 14 days of service. C.D. Cal. L. R. 4-6. To date, Plaintiff has not filed a proof of service.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiff must file a written response no later than **December 31, 2025.** Filing a proof of service that shows completed service upon defendant of the Summons, Complaint, and Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh