UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-02111-ADS                                                                 Date: December 29, 2025

Title:  *Lauren Fisher v. Akuranvyka USA Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):            Attorney(s) Present for Defendant(s):
None Present                                                     None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On September 10, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) Defendant's deadline to file a responsive pleading to the Complaint was October 14, 2025. To date, no responsive pleading has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **January 6, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh